**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA

VS.

**JAMARIO TURNER,**

Supervised Releasee

**NO. 5: 06-CR-38 (HL)**

RE: VIOLATION OF SUPERVISED RELEASE

## O R D E R

JAMARIO TURNER, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for an Initial Appearance under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. Catherine Michelle Leek of the Federal Defenders Office. The government was represented by Assistant U. S. Attorney Michael T. Solis. With assistance of counsel, Mr. Turner waived his right to a Preliminary Hearing under Rule 32.1.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is appropriate in this case. Therefore, he is CONTINUED on release under the same conditions as heretofore imposed upon him as conditions of supervised release, with instructions to appear before the Honorable Hugh Lawson, Senior District Judge, for a Final Revocation Hearing, at a time and date directed by Judge Lawson.

SO ORDERED AND DIRECTED, this 22nd day of FEBRUARY, 2010.



*Claude W. Hicks Jr.*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE